IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TSDC, LLC, | ) | CASE NO. 1:14-cv-02552-CAB |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | |
| CHOOSE HOPE, INC., | ) | **JOINT STATUS REPORT** |
| Defendant. | ) ) | |

Pursuant to this Court's October 27, 2015 Order, TSDC, LLC and Choose Hope, Inc. ("the parties") hereby submit this joint status report on the progress of the parties' settlement efforts. The parties have been engaged in active settlement discussions since the case was stayed and have been able to reach an agreement on the majority of the terms discussed. The parties hope to reach a settlement agreement soon but require more time to do so. Therefore, the parties respectfully request that the case remain stayed. In the event the settlement discussions prove unsuccessful, the parties will promptly notify the Court.

Respectfully submitted,

/s/ Kurt D. Anderson (per consent)
Kurt D. Anderson (0046786)
COLLINS, ROCHE, UTLEY
   & GARNER, LLC
800 Westpoint Parkway, Suite 1100
Cleveland, OH 44145
Telephone: 216.916.7730
Facsimile: 216.916.7725
E-mail: kanderson@cruglaw.com

*Counsel for Defendant Choose Hope, Inc.*

/s/ Katya S. Cronin
Katya S. Cronin (0092765)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: katya.cronin@tuckerellis.com

*Counsel for Plaintiff TSDC, LLC*

2536404.1

## CERTIFICATE OF SERVICE

I hereby certify that on this December 2, 2015, a copy of the foregoing JOINT STATUS REPORT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Katya S. Cronin*
Katya S. Cronin (0092765)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: katya.cronin@tuckerellis.com

*Counsel for Plaintiff TSDC, LLC*